IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN MILLER,

    Plaintiff,

v.                                                  CASE NO.: 5:08cv121-SPM/EMT

SCOTT A. MIDDLEBROOKS, et al.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated March 19, 2009 (doc. 37). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 37) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants Seay, Pelt, and the Federal Bureau of Prisons are dismissed with prejudice for failure to state a claim upon

which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.    The clerk shall change the docket to reflect that Dr. Guzman is the only Defendant in this case and refer the case to the magistrate judge for further proceedings.

DONE AND ORDERED this 25th day of February, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge