IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN MILLER

    Plaintiff,

v.                                    CASE NO.: 5:08cv121-SPM/EMT

DR. GUZMAN,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated October 21, 2010 (doc. 67). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 67) is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice for Plaintiff's failure to

comply with a court order.

DONE AND ORDERED this 7th day of January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge